# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN HALSTEAD, ET AL., | Case No. EDCV 16-696-DMG (KK) |
| Plaintiff(s), | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| PACIFIC GAS AND ELECTRIC COMPANY, ET AL., | |
| Defendant(s). | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First and Third Amended Complaints, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.

On June 28, 2018, Plaintiffs Norman Halstead and Aquilla Frederick filed Objections to the Report and Recommendation attaching various unauthenticated exhibits. Dkt. 189. On July 9, 2018, Plaintiffs Norman Halstead and Aquilla Frederick filed an Addendum to her Objections. Dkt. 194. On July 23, 2018, Defendant filed a Response to Plaintiffs Norman Halstead's and Aquilla Frederick's Objections. Dkt. 196.

The Court has engaged in de novo review of those portions of the Report to which Plaintiffs Norman Halstead and Aquilla Frederick have objected. The Court finds the exhibits attached to the Objections do not support their Opposition to

summary judgment because they are (a) either untimely or duplicative of the submissions in support of their Opposition to Defendant's Motion for Summary Judgment, (b) inadmissible lay opinion, and (c) fail to establish causation even if considered on the merits.  Therefore, the Court accepts the findings and recommendation of the Magistrate Judge as to Plaintiffs Norman Halstead and Aquilla Frederick.

IT IS THEREFORE ORDERED that (1) Defendant's Motion for Summary Judgment is GRANTED; and (2) Judgment shall be entered DISMISSING the Third Amended Complaint with prejudice.

In addition, neither Gary Halstead nor a representative of his estate has filed objections.  The Court accepts the finds and recommendation of the Magistrate Judge as to Plaintiff Gary Halstead.

IT IS THEREFORE ORDERED that Plaintiff Gary Halstead's claims are dismissed without prejudice for failure to prosecute and comply with court orders.

Dated: October 19, 2018

HONORABLE DOLLY M. GEE
United States District Judge