JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN HALSTEAD, ET AL., <br><br> Plaintiff(s), <br><br> v. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, ET AL., <br><br> Defendant(s). | Case No. EDCV 16-696-DMG (KK) <br><br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that (1) the Third Amended Complaint filed by Plaintiffs Norman Halstead and Aquilla Frederick is DISMISSED with prejudice; and (2) Gary Halstead's claims are DISMISSED without prejudice for failure to prosecute and comply with court orders.

Dated: October 19, 2018

HONORABLE DOLLY M. GEE
United States District Judge